# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 26, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

> **FILED**
> May 27, 2026
> KELLY L. STEPHENS, Clerk

Re:  Total Quality Logistics, LLC
v. Robert Cox, as Personal Representative and Special
Administrator of the Estate of Greta Cox
No. 25-145
(Your No. 24-3599)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk